# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAVANNAH K. HIGH and IZAIAH L. JOHNSON, substitute parties for VERONICA L. HIGH, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 18-CIV-317-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On March 11, 2020, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings [Docket No. 22]. The Magistrate Judge found that correct legal standards were not applied by the Administrative Law Judge and the decision of the Commissioner is therefore not supported by substantial evidence. The time for objection has passed, and no objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 26th day of March, 2020.

                                                HONORABLE RONALD A. WHITE
                                                UNITED STATES DISTRICT JUDGE
                                                EASTERN DISTRICT OF OKLAHOMA